IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW MARKIS ALLEN,** | 2:15-cv-01110-JAM-EFB |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **WILLIAM MUNIZ,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition to motion to dismiss be filed on or before October 9, 2015.

Dated: September 10, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2015300702
32208478.doc

Order (2:15-cv-01110-JAM-EFB)